UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES DISTRICT COURT CASE NUMBER: 10-23273-CIV-Seitz

MIAMI-DADE COUNTY CIRCUIT COURT CASE NUMBER: 10-22699 (CA 21)

JUAN CARLOS AVENDANO, individually

    Plaintiff,

       v.

GABRIEL ARROJAS, FERNANDO CARVAJAL,
CITY OF HIALEAH, municipal corporation of
Miami-Dade County, Florida, individually,
jointly and severally.

    Defendant(s).
_____/    **AMENDED COMPLAINT FOR DAMAGES**

    COMES NOW, Plaintiff, Juan Carlos Avendano herein Plaintiff, by and through his undersigned counsel Law Offices Allan Stephen Zamren herein counsel for Plaintiff and files before this Honorable Court pursuant to applicable Florida Rules Of Civil Procedure, Plaintiff, **Amended Complaint For Damages** herein **Amended Complaint** as to Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation, of Miami-Dade County, Florida, individually, jointly and severally, herein Defendants, Arrojas, Carvajal, and Hialeah, respectively stating as follows:

**General Allegations**

1. This is an Amended Complaint, in excess of fifteen thousand dollars ($ 15,000.00), exclusive of court costs, interest and within jurisdictional limits of this Honorable Court.

2. At all times material to this cause of action, Plaintiff is resident of Miami, Miami-Dade County, Florida not member of military services of United States or any other country and sui juris.

3. Defendant, Arrojas is and was at all times material to the facts which give rise to this Amended Complaint an adult member of the City of Hialeah Police Department , Miami-Dade County, Florida with

the rank of police officer not member of military services of United States or any other country and *sui juris*. Defendant, Arrojas is being sued in his individual capacity.

4. Defendant, Carvajal is and was at all times material to the facts which give rise to this Amended Complaint an adult member of the City of Hialeah Police Department, Miami-Dade County, Florida with the rank of police officer not member of military services of United States or any other country and *sui juris*. Defendant, Carvajal is being sued in his individual capacity.

5. That, Defendant, Hialeah is self insured municipal corporation of Miami-Dade County, Florida and sui juris.

6. Defendant, Hialeah has been placed upon proper statutory notice pursuant to Florida Statute 768.28 within three (3) years of date of Plaintiff, incident and arrest and Defendant, Hialeah has neither accepted nor denied Plaintiff claim and more then six (6) months has elapsed since Defendant, Hialeah has been placed upon proper statutory notice by Plaintiff, prior to Plaintiff commencing and filing this cause of action. Exhibit A.

7. Florida Department Of Insurance, Division Of Risk Management has been placed upon proper statutory notice on behalf of Defendant, Hialeah, pursuant to Florida Statue 768.28 within three (3) years of date of Plaintiff, incident and arrest and Florida Department Of Insurance, Division Of Risk Management has not accepted nor denied Plaintiff claim and more then six (6) months has elapsed since Florida Department Of Insurance, Division Of Risk Management has been placed upon proper statutory notice on behalf of Defendant, Hialeah by Plaintiff, prior to Plaintiff commencing and filing this cause of action. Exhibit B.

### FACTS COMMON TO ALL COUNTS

8. April 19, 2006 Plaintiff resided at 526 East 20th Street, Hialeah, Florida 33010, Miami-Dade County, Florida.

9. April 19, 2006 approximately 5:26 p.m., Plaintiff, permitted Defendant, Arrojas and Defendant, Carvajal, at all times material to this cause of action, herein employees, servants and alter egos of Defendant, Hialeah upon Plaintiff property and premises.

10. April 19, 2006 approximately 5:26 p.m. the purpose of Plaintiff, permitting Defendant, Arrojas and Defendant, Carvajal employees, servants and alter egos of Defendant, Hialeah upon Plaintiff, property and premises was to attempt to calm Plaintiff, son Joshua Avendano who was having issues with Plaintiff, necessitating the potential for police intervention.

11. Defendant, Hialeah had been called by Plaintiff, as Plaintiff son had caused a disturbance upon Plaintiff, property and premises.

12. Defendant, Arrojas and Defendant, Carvajal when attempting to proceed upon Plaintiff, property and premises to attempt to calm Plaintiff son, Joshua Avendano then and there did the following. Defendant, Carvajal cable tasered Plaintiff multiple times to the face, arm, chest and stomach and dry tasered Plaintiff to the back. Defendant, Arrojas tasered Plaintiff, son.

13. Plaintiff while being tasered on multiple occasions by Defendant, Carvajal was also thrown to the ground by Defendant, Arrojas and Defendant, Carvajal.

14. Plaintiff was then accused by Defendant, Arrojas and Defendant, Carvajal of resisting arrest without violence in violation of Florida Statute 843.02.

15. Plaintiff was then handcuffed and arrested by Defendant, Arrojas and Defendant, Carvajal and given a Notice To Appear, In The County Court In And For The Eleventh Judicial Circuit Miami-Dade County, Florida.

16. Defendant, Arrojas and Defendant, Carvajal after handcuffing and arresting Plaintiff continued to assault and batter and allow Plaintiff to lie upon the ground inside Plaintiff property and premises.

17. Plaintiff, fiancé, Elizabeth Calmet was screaming for Defendant, Arrojas and Defendant, Carvajal to stop tasering, assaulting and battering Plaintiff to no avail. Plaintiff, who had at all times material to this cause of action had a serious heart condition and a stent implant.

18. Defendant, Arrojas and Defendant, Carvajal refused to call 911 or any type of fire rescue for Plaintiff and would not permit Ms. Calmet to call 911 or any type of fire rescue for Plaintiff, as Plaintiff lay in excruciating pain upon the ground inside Plaintiff property and premises. Plaintiff believed Plaintiff was having a heart attack or stroke. All, based upon the multiple tasering, assaulting and battering of Plaintiff by Defendant, Arrojas and Defendant, Carvajal.

19. Defendant, Hialeah never fully investigated the incident that led to the, willful, wanton, reckless, intentional, gross negligence committed upon Plaintiff by taser, assault and battery and false arrest of Plaintiff by Defendant, Arrojas and Defendant, Carvajal employees, servants and alter egos of Defendant, Hialeah.

WHEREFORE, Plaintiff, Juan Carlos Avendano files this **Amended Complaint For Damages** as to Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and demands trial by jury of all issues triable by such right, judgment for damages, court costs and interest, as this Honorable Court may assess against Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and for such other and further relief as to this Honorable Court deems equitable and just under circumstances of this cause of action.

## COUNT I
### GROSS NEGLIGENCE AS TO DEFENDANTS, GABRIEL ARROJAS AND HIALEAH

20. Plaintiff, reaffirms and realleges, each and every allegation contained in paragraphs number one (1) through nineteen (19) infra as if more fully set forth IN HAEC VERBA.

21. At all times material to this cause of action Defendant, Arrojas employee, servant and alter ego of Defendant, Hialeah was upon Plaintiff property and premises located 526 East 20th Street, Hialeah,

Miami-Dade County, Florida 33010.

22. April 19, 2006, Defendant, Arrojas employee, servant and alter ego of Defendant, Hialeah willfully, wantonly, recklessly, intentionally and grossly negligently assaulted and battered Plaintiff upon Plaintiff, property and premises. Plaintiff, sustaining serious permanent disabling personal injuries through no fault of Plaintiff, and directly and proximately, caused by Defendant, Arrojas willful, wanton, reckless, intentional, gross negligence committed upon Plaintiff as Defendant, Hialeah, employee, servant and alter ego.

23. Defendant, Arrojas owed a duty to Plaintiff, upon Plaintiff, property and premises and to all members of the public in general upon Plaintiff, property and premises to keep Plaintiff, property and premises in reasonably safe condition and to not commit an assault and battery upon Plaintiff. A duty Defendant, Arrojas employee, servant and alter ego of Defendant, Hialeah willfully, wantonly, recklessly, intentionally, grossly negligently committed upon Plaintiff, as abovestated.

24. As a direct and proximate cause of willful, wanton, reckless, intentional, gross negligence committed upon Plaintiff, by Defendant, Arrojas employee, servant and alter ego of Defendant, Defendant, Hialeah and serious permanent disabling personal injuries sustained by Plaintiff, Plaintiff sues Defendant, Arrojas in his individual capacity and Defendant, Hialeah and seeks monetary damages for following elements of damages applicable to Plaintiff, cause of action:

   a) Past, present and future disability, discomfort, disfigurement and inability to lead normal life.
   b) Past, present and future physical and mental pain and suffering.
   c) Past, present and future medical and related expenses.
   d) Past, present and future loss wages and earning capacity.
   e) Past, present and future aggravation of previously existing condition.
   f) Permanent scarring and disfigurement.
   g) Past, present, future intentional infliction of emotional distress.

25. That, Plaintiff, losses and injuries are permanent and continuing in nature and Plaintiff, has suffered in past, presently and will continue to suffer losses and injuries in future.

WHEREFORE, Plaintiff, Juan Carlos Avendano files this **Amended Complaint For Damages** as to Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and demands trial by jury of all issues triable by such right, judgment for damages, court costs and interest, as this Honorable Court may assess against Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and for such other and further relief as to this Honorable Court deems equitable and just under circumstances of this cause of action.

## COUNT II
## GROSS NEGLIGENCE AS TO DEFENDANTS, FERNANDO CARVAJAL AND HIALEAH

26. Plaintiff, reaffirms and realleges, each and every allegation contained in paragraphs number one (1) through twenty five (25) infra as if more fully set forth IN HAEC VERBA.

27. At all times material to this cause of action Defendant, Carvajal employee, servant and alter ego of Defendant, Hialeah was upon Plaintiff property and premises located 526 East 20th Street, Hialeah, Miami-Dade County, Florida 33010.

28. April 19, 2006, Defendant, Carvajal employee, servant and alter ego of Defendant, Hialeah willfully, wantonly, recklessly, intentionally and grossly negligently tasered, assaulted and battered Plaintiff upon Plaintiff, property and premises. Plaintiff, sustaining serious permanent disabling personal injuries through no fault of Plaintiff, and directly and proximately, caused by Defendant, Carvajal willful, wanton, reckless, intentional, gross negligence committed upon of Plaintiff as Defendant, Hialeah, employee, servant and alter ego.

29. Defendant, Carvajal owed a duty to Plaintiff, upon Plaintiff, property and premises and to all members of public in general upon Plaintiff, property and premises to keep Plaintiff, property and premises in reasonably safe condition and to not commit an assault and battery upon Plaintiff. A duty

Defendant, Carvajal employee, servant and alter ego of Defendant, Hialeah willfully, wantonly, recklessly, intentionally, grossly negligently committed upon Plaintiff, as abovestated.

30. As direct and proximate cause of willful, wanton, reckless, intentional, gross negligence committed upon Plaintiff, by Defendant, Carvajal employee, servant and alter ego of Defendant, Hialeah and serious permanent disabling personal injuries sustained by Plaintiff, Plaintiff sues Defendant, Carvajal, in his individual capacity and Defendant, Hialeah and seeks monetary damages for following elements of damages applicable to Plaintiff, cause of action:

  a) Past, present and future disability, discomfort, disfigurement and inability to lead normal life.

  b) Past, present and future physical and mental pain and suffering.

  c) Past, present and future medical and related expenses.

  d) Past, present and future loss wages and earning capacity.

  e) Past, present and future aggravation of previously existing condition.

  f) Permanent scarring and disfigurement.

  g) Past, present, future intentional infliction of emotional distress.

31. Plaintiff, losses and injuries are permanent and continuing in nature and Plaintiff, has suffered in past, presently and will continue to suffer losses and injuries in future.

WHEREFORE, Plaintiff, Juan Carlos Avendano files this **Amended Complaint For Damages** as to Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and demands trial by jury of all issues triable by such right, judgment for damages, court costs and interest, as this Honorable Court may assess against Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and for such other and further relief as to this Honorable Court deems equitable and just under circumstances of this cause of action.

## COUNT III
## PLAINTIFF, ASSAULT AND BATTERY AS TO DEFENDANTS, GABRIEL ARROJAS AND HIALEAH

32. Plaintiff, reaffirms and realleges, each and every allegation contained in paragraphs number one (1) through thirty-one (31) infra as if more fully set forth IN HAEC VERBA.

33. April 19, 2006 Plaintiff was lawfully upon Plaintiff, property and premises located 526 East 20th Street, Hialeah, Miami-Dade County, Florida 33130.

34. April 19, 2006 Defendant, Arrojas employee, servant and alter ego of Defendant, Hialeah was upon Plaintiff property and premises as invitee who did intentionally and/or unlawfully threaten to do violence to Plaintiff by words and/or acts of Defendant, Arrojas which created a well founded fear in Plaintiff, that such act of violence and/or danger was imminent upon Plaintiff by Defendant, Arrojas.

35. April 19, 2006 Defendant, Arrojas employee, servant and alter ego of Defendant, Hialeah did actually and intentionally cause Plaintiff to be assaulted and battered against Plaintiff will and without any permission and/or consent of Plaintiff by Defendant, Arrojas as admitted to Defendant, Hialeah by Defendant, Arrojas.

36. As a direct and proximate cause of tasering, assault and battery of Defendant, Arrojas employee, servant and alter ego of Defendant, Hialeah upon Plaintiff and serious permanent disabling personal injuries sustained by Plaintiff, Plaintiff sues Defendant, Arrojas, in his individual capacity and Defendant, Hialeah and seeks monetary damages for following elements of damages applicable to Plaintiff cause of action:

   a) Past, present and future disability, discomfort, disfigurement and inability to lead normal life.

   b) Past, present and future physical and mental pain and suffering.

   c) Past, present and future medical and related expenses.

   d) Past, present and future loss wages and earning capacity.

   e) Past, present and future aggravation of previously existing condition.

   f) Permanent scarring and disfigurement

g) Past, present, future intentional infliction of emotional distress.

37. Plaintiff losses and injuries are permanent and continuing in nature and Plaintiff has suffered in past, presently and will continue to suffer losses and injuries in future.

WHEREFORE, Plaintiff, Juan Carlos Avendano files this **Amended Complaint For Damages** as to Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and demands trial by jury of all issues triable by such right, judgment for damages, court costs and interest, as this Honorable Court may assess against Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and for such other and further relief as to this Honorable Court deems equitable and just under circumstances of this cause of action.

### COUNT IV
### PLAINTIFF, ASSAULT AND BATTERY AS TO DEFENDANTS, FERNANDO CARVAJAL AND HIALEAH

38. Plaintiff, reaffirms and realleges, each and every allegation contained in paragraphs number one (1) through thirty-seven (37) infra as if more fully set forth IN HAEC VERBA.

39. April 19, 2006 Plaintiff was lawfully upon Plaintiff, property and premises located 526 East 20th Street, Hialeah, Miami-Dade County, Florida 33130.

40. April 19, 2006 Defendant, Carvajal employee, servant and alter ego of Defendant, Hialeah was upon Plaintiff property and premises as invitee who did intentionally and/or unlawfully threaten to do violence to Plaintiff by words and/or acts of Defendant, Carvajal which created a well founded fear in Plaintiff, that such act of violence and/or danger was imminent upon Plaintiff by Defendant, Carvajal.

41. April 19, 2006 Defendant, Carvajal employee, servant and alter ego of Defendant, Hialeah did actually and intentionally cause Plaintiff to be tasered, assaulted and battered against Plaintiff will and without any permission and/or consent of Plaintiff by Defendant, Carvajal as admitted to Defendant, Hialeah by Defendant, Carvajal.

42. As a direct and proximate cause of tasering, assault and battery of Defendant, Carvajal employee, servant and alter ego of Defendant, Hialeah upon Plaintiff and serious permanent disabling personal injuries sustained by Plaintiff, Plaintiff sues Defendant, Carvajal, in his individual capacity and Defendant, Hialeah and seeks monetary damages for following elements of damages applicable to Plaintiff cause of action:

   a) Past, present and future disability, discomfort, disfigurement and inability to lead normal life.
   b) Past, present and future physical and mental pain and suffering.
   c) Past, present and future medical and related expenses.
   d) Past, present and future loss wages and earning capacity.
   e) Past, present and future aggravation of previously existing condition.
   f) Permanent scarring and disfigurement
   g) Past, present, future intentional infliction of emotional distress.

43. Plaintiff losses and injuries are permanent and continuing in nature and Plaintiff has suffered in past, presently and will continue to suffer losses and injuries in future.

   WHEREFORE, Plaintiff, Juan Carlos Avendano files this **Amended Complaint For Damages** as to Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and demands trial by jury of all issues triable by such right, judgment for damages, court costs and interest, as this Honorable Court may assess against Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and for such other and further relief as to this Honorable Court deems equitable and just under circumstances of this cause of action.

## COUNT V
## FALSE ARREST AS TO DEFENDANTS, GABRIEL ARROJAS, FERNANDO CARVAJAL AND HIALEAH

44. Plaintiff reaffirms and realleges, each and every allegation contained in paragraphs number one (1) through forty-three (43) infra as if more fully set forth IN HAEC VERBA.

45. April 19, 2006 Plaintiff was lawfully upon Plaintiff property and premises located 526 East 20th Hialeah, Miami-Dade County, Florida 33130.

46. April 19, 2006 as a result of the individual, joint and several actions of Defendant, Arrojas and Defendant, Carvajal employees, servants and alter egos of Defendant, Hialeah Plaintiff was caused to be falsely arrested for misdemeanor, resisting arrest without violence in violation of Florida Statute 843.02. as more fully documented above in **FACTS COMMON TO ALL COUNTS.**

47. Plaintiff was then prosecuted In The County Court In And For The Eleventh Judicial Circuit Miami-Dade County, Florida before the Honorable County Court Judge Beth Bloom, case #: B06-023530 for in excess of six (6) months costing Plaintiff, attorneys fees and court costs.

48. Plaintiff case was subsequently Nolle Prosequi by Bray Webb, Assistant State Attorney, Office Of State Attorney, Miami-Dade County, Florida November 07, 2006.

49. As a direct and proximate cause of false arrest of Plaintiff by Defendant, Arrojas and Defendant, Carvajal employees, servants and alter egos of Defendant, Hialeah and serious permanent disabling personal injuries sustained by Plaintiff, Plaintiff sues Defendant, Arrojas, Defendant, Carvajal and Defendant, Hialeah and seeks monetary damages for following elements of damages applicable to Plaintiff, cause of action:

  a) Past, present and future disability, discomfort, disfigurement and inability to lead normal life.
  b) Past, present and future physical and mental pain and suffering.
  c) Past, present and future medical and related expenses.
  d) Past, present and future loss wages and earning capacity.
  e) Past, present and future aggravation of previously existing condition.
  f) Permanent scarring and disfigurement.
  g) Past, present, future intentional infliction of emotional distress.

50. That, Plaintiff losses and injuries are permanent and continuing in nature and Plaintiff, has suffered in past, presently and will continue to suffer losses and injuries in future.

WHEREFORE, Plaintiff, Juan Carlos Avendano files this **Amended Complaint For Damages** as to Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and demands trial by jury of all issues triable by such right, judgment for damages, court costs and interest, as this Honorable Court may assess against Defendants, Gabriel Arrojas I.D. #: 04-1405, Fernando Carvajal I.D. #: 04-1256, City Of Hialeah municipal corporation of Miami-Dade County, Florida and for such other and further relief as to this Honorable Court deems equitable and just under circumstances of this cause of action.

       Respectfully submitted,
       Law Offices Allan Stephen Zamren
       Allan Stephen Zamren, Esq.
       counsel for Plaintiff, Avendano
       44 West Flagler Street
       suite#: 2225
       Miami, Florida 33130
       (305) 372-9912

BY: _____/s_____
       Allan Stephen Zamren, Esq.
       Florida Bar Number: 235075

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY, that on <u>November 10th, 2010</u>, I electronically filed the foregoing document with the Clerk Of The Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: _____/s_____
Allan Stephen Zamren, Esq.

**SERVICE LIST**

Juan Carlos Avendano v. Gabriel Arrojas, Fernando Carvajal

CASE NUMBER: 10-23273-CIV-Seitz

United States District Court, Southern District Of Florida

The Honorable United States Federal District Court Judge
Patricia A. Seitz
301 North Miami Avenue
(5th) Floor/ Courtroom #: 05
Miami, Florida 33128
Telephone #: (305) 523-5530

City of Hialeah Attorney's Office
**Attorney for City of Hialeah**
Attn: Alan Edward Krueger, Esq.
501 Palm Avenue
4th Floor
Hialeah, FL 33010
Telephone #: (305) 883-5853
Facsimile #: (305) 883-5896
CM/ECF

Gaebe, Mullen, Antonelli & DiMatteo, P.A.
**Attorney for Defendant, Officers**
Attn: Devang Desai, Esq.
420 South Dixie Highway
(3rd) Third
Coral Gables, Florida 33146
Telephone #: (305) 667-0223
Facsimile #: (305) 284-9844
CM/ECF

BY: _____/s_____
         Allan Stephen Zamren, Esq.